### IN THE UNITED STATED DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RSUI INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>RUSH STREET GAMING, LLC; RUSH STREET INTERACTIVE, LLC; RUSH STREET INTERACTIVE, LP; NEIL BLUHM; GREG CARLIN; and TODD L. ANDERSON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:22-cv-03269<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, RSUI Indemnity Company ("RSUI"), voluntarily dismisses this action with prejudice, without an award of attorney's fees or costs to any party, and subject to the terms and conditions of the Confidential Settlement and Release Agreement executed by RSUI, Rush Street Gaming, LLC, Rush Street Interactive, LP, Neil Bluhm, and Greg Carlin.

Dated: October 25, 2022             *Respectfully Submitted,*

                              **WALKER WILCOX MATOUSEK LLP**

                        By:    */s/ Kevin A. Lahm*
                              Attorneys for RSUI Indemnity Insurance Company

Kevin A. Lahm (*klahm@walkerwilcox.com*)
Eric D. Blanchard (*eblanchard@walkerwilcox.com*)
WALKER WILCOX MATOUSEK LLP
One North Franklin, Ste. 3200
Chicago, Illinois 60606
(312) 244-6700